UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY CALVIN, | No. 2:17-cv-1942-WBS-EFB P |
| Plaintiff, | |
| v. | ORDER |
| D. BAUGHMAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He originally filed this case in Sacramento County Superior Court, but defendants removed the case to this court on September 19, 2017. ECF No. 2. Defendants ask the court to screen the case under 28 U.S.C. § 1915A and to stay their obligation to file a responsive pleading in the meantime. ECF No. 5.

Defendants' request is GRANTED. The court will screen plaintiff's complaint in due course. The court will indicate the time for defendants to file a responsive pleading in the screening order.

DATED: October 3, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE